UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERONE L. TWEEDY,<br><br>              Petitioner,<br><br>     v.<br><br>JAMES YATES,<br><br>              Respondent. | CASE NO. CV 08-4951-ODW (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:   July 14, 2009.

                                        OTIS D. WRIGHT, II
                                        UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\LA08CV04951ODW-O.wpd